Document 9-1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-29-16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - x

                     :

UNITED STATES OF AMERICA            NOLLE PROSEQUI

                     :

       - v. -                   14 Cr. 7 (PKC)

                     :

JPMORGAN CHASE BANK, N.A.,

                     :

       Defendant.

                     :

- - - - - - - - - - - - - - - - - - - - x

1. The filing of this nolle prosequi will dispose of this case with respect to JPMORGAN CHASE BANK, N.A., the defendant.

2. On or about January 8, 2014, Information 04 Cr. 7 (PKC) (the "Information") was filed, charging JPMORGAN CHASE BANK, N.A. in two counts with (1) failing to maintain an adequate anti-money laundering program and (2) failing to report suspicious activity, both in violation of the Bank Secrecy Act ("BSA"), 31 U.S.C. §§ 5318(g), 5318(h), 5322(a) and 12 C.F.R § 21.21.

3. On or about January 8, 2014, in connection with the filing of the Information, the Court accepted a deferred prosecution agreement executed by the defendant and the Government on January 6, 2014 (the "DPA"), pursuant to which prosecution was to be deferred for a period of two years. On that same date, the Court excluded time under the Speedy Trial Act until January 8, 2016 and set a conference for January 15, 2016.

4.      Based upon the defendant's compliance with the terms of the DPA, it has been concluded that the Government will not now proceed with the prosecution of JPMORGAN CHASE BANK, N.A.

5.      In light of the foregoing, I recommend that an order of <u>nolle prosequi</u> be filed as to defendant JPMORGAN CHASE BANK, N.A. with respect to Information 14 Cr. 7 (PKC), and that the charges against the defendant be dismissed with prejudice.


_____
Arlo Devlin-Brown
Assistant United States Attorney


Dated:      New York, New York
            January 13, 2016

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of <u>nolle</u> <u>prosequi</u> be filed as to defendant JPMORGAN CHASE BANK, N.A. with respect to Information 14 Cr. 7 (PKC), and that the charges contained therein be dismissed with prejudice.

PREET BHARARA
United States Attorney
Southern District of New York


Dated:      New York, New York
            January 14, 2016



SO ORDERED:

HON. P. KEVIN CASTEL
United States District Judge
Southern District of New York


Dated:      New York, New York
            January 28, 2016